UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMANDA SCHINDLER,

Plaintiff,

v.

ANN BUTLER, et al.,

Defendants.

Case No. 25-cv-10529-TSH

**ORDER FOR SERVICE**

On December 10, 2025, the Court granted Plaintiff Amanda Schindler's application to proceed in forma pauperis and screened the complaint, finding it deficient under 28 U.S.C. § 1915(e).  ECF No. 5.  Plaintiff has now filed a First Amended Complaint.  ECF No. 13.  The Court has engaged in a preliminary screening to ensure the amended complaint states a claim, is not frivolous, and does not seek monetary relief against a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915(e)(2).  Accordingly, the Clerk of Court shall issue the summons, and the Clerk's Office or the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, the affidavit, and this order upon Defendants.

**IT IS SO ORDERED.**

Dated: January 28, 2026

THOMAS S. HIXSON
United States Magistrate Judge